# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AILEEN MCMANUS,

     Plaintiff,

v.                             Case No:  6:22-cv-1014-RBD-DCI

SEMINOLE COUNTY SCHOOL
BOARD,

     Defendant.

_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Report filed on October 4, 2023 (Doc. 18), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 5, 2023.

ROY B. DALTON, JR.
United States District Judge